## 48190. HOWELL v. HARDEN.

EBERHARDT, Presiding Judge. Our judgment in this case, appearing in *Howell v. Harden,* 129 Ga. App. 200 (198 SE2d 890), having been affirmed in part and reversed in part by the Supreme Court in *Howell v. Harden,* 231 Ga. 594 (203 SE2d 206), our judgment is vacated insofar as the same was reversed, and the judgment of the Supreme Court is adopted in its stead. The appeal stands dismissed.

*Appeal dismissed. Pannell and Stolz, JJ., concur.*

DECIDED FEBRUARY 8, 1974.

*Kenneth G. Levin,* for appellant.

*Arthur K. Bolton, Attorney General, Timothy J. Sweeney, Dorothy Y. Kirkley, Assistant Attorneys General,* for appellee.